UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRACY HUA,

      Plaintiff,

v.                                    Case No:   6:14-cv-2089-Orl-18TBS

JP MORGAN CHASE BANK NA,
CHOICE LEGAL GROUP and FEDERAL
NATIONAL MORTGAGE ASSOCIATION,

      Defendants.

_____

## ORDER

      This case comes before the Court on the following motions:

      (1) Motion for Entry of Default (Doc. 28).   In this motion, Plaintiff seeks the entry of default against Defendant JPMorgan Chase Bank, N.A., on the ground that it has failed to respond to her complaint and the time within to do so has expired.   The motion is **DENIED**.   The Court granted this Defendant an extension of time which has not expired (Doc. 20).

      (2) Motion for Entry of Default (Doc. 29).   In this motion, Plaintiff seeks the entry of default against Defendant Federal National Mortgage Association on the ground that it too has failed to respond to her complaint and the time within to do so has expired.   The motion is **DENIED**.   The Defendant has filed a motion for extension of time which is pending, and awaiting a response from Plaintiff.

      **DONE** and **ORDERED** in Orlando, Florida on February 13, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

      Plaintiff, pro se
      Counsel of Record